IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,

    v.                                     Case No. 06-CV-713

DALE FOSTER,

          Defendant.

---

**ORDER GRANTING MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

---

Upon consideration of the motion of the United States and pursuant to Rule 37(a) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the defendant Dale Foster serve on the plaintiff answers to the plaintiff's written interrogatories and request for production of documents on or before March 6, 2015.

Dated this 10th day of February, 2015.

BY THE COURT:

_____
STEPHEN L. CROCKER
United States Magistrate Judge